UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                           File No: 1:07-CR-285-01

v.

                                           HON. ROBERT J. JONKER

JOSE LUIS ARIAS,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 38), and the transcript of the plea hearing. The Report and Recommendation was served on the parties, and no objection has been filed within the time required by law. Based on this, and on the Court's review of the transcript and all matters of record, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (docket # 38) is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Jose Luis Arias's plea of guilty to the Indictment is accepted. Defendant Jose Luis Arias is adjudicated guilty and bond will be revoked at the time of reporting.

3.    Defendant Jose Luis Arias shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 p.m., April 25, 2008**. Defendant Jose Luis Arias shall be detained pending sentencing, based on the mandatory provisions of 18 U.S.C. § 3143(a).

4.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:    April 14, 2008               /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             UNITED STATES DISTRICT JUDGE